UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SHARIF STINSON, et al.,

                               Plaintiff,

THE CITY OF NEW YORK, et al.,

                               Defendants.
------------------------------------------------------------------------X

**10 CV 4228 (RWS)**

**DECLARATION OF
JON L. NORINSBERG, ESQ.**

       **JON L. NORINSBERG** declares pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

       1.      I am one of the attorneys of record for plaintiffs in the above-entitled action. As such, I am familiar with the facts stated below, and I submit this Declaration to place on the record relevant documents in support of plaintiffs' reply to defendants' opposition to plaintiffs' motion for class certification.

       2.      Attached as **Exhibit A** are relevant portions of the deposition transcript of Michael Bennett.

       3.      Attached as **Exhibit B** are relevant portions of the deposition transcript of Leander Griffin.

       4.      Attached as **Exhibit C** are relevant portions of the deposition transcript of Ryburn Walkes.

       5.      Attached as **Exhibit D** are relevant portions of the deposition transcript of Chanel Meusa.

       5.      Attached as **Exhibit E** are relevant portions of the deposition transcript of Gary Shaw.

7. Attached as **Exhibit F** are relevant portions of the deposition transcript of Julius Dixon.

8. Attached as **Exhibit G** are relevant portions of the deposition transcript of Ricardo Jones.

9. Attached as **Exhibit H** are relevant portions of the deposition transcript of Victor Breland.

10. Attached as **Exhibit I** are relevant portions of the deposition transcript of Lindsey Riddick.

11. Attached as **Exhibit J** are relevant portions of the deposition transcript of Jeremy Thames.

12. Attached as **Exhibit K** are relevant portions of the deposition transcript of David Thompson.

13. Attached as **Exhibit L** are relevant portions of the deposition transcript of Shariff Stinson.

Dated: New York, New York
October 28, 2011

Respectfully submitted,

Jon L. Norinsberg (norinsberg@aol.com)
Attorney for Plaintiffs
225 Broadway Suite 2700
New York, N.Y. 10007
(212) 791-5396