UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| SHARIF STINSON, MARIAM FARNUM, CHARLEAN FINLEY, RYBURN WALKES, JAMEL TOWE, CHRISTIAN DUDLEY, JOCELEY FERDINAND, GARY SHAW, MICHAEL BENNETT, CHANEL MEAUSA, DAVID THOMPSON, JOSEPH SARPONG, JEREMY THAMES, SEAN PETTIGREW, LEANDER GRIFFIN, BRIAN MORRIS, MICA ANCRUM, RICARDO JONES, VICTOR BRELAND, and MICHAEL RIDDICK, on behalf of Themselves and Other Similarly Situated, | **NOTICE OF MOTION FOR RECONSIDERATION**  10 Civ. 4228 (RWS) |

Plaintiffs,

-against-

THE CITY OF NEW YORK, RAYMOND KELLY, Commissioner of the New York City Police Department, Individually and in his Official Capacity, and P.O.s "JOHN DOE" #1-50, Individually and in their Official Capacities, (the name John Doe being fictitious, as the true names are presently unknown),

Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, dated February 25, 2014, and all pleadings and proceedings previously had herein, defendants City of New York ("City") and Raymond Kelly will move this Court before the Honorable Robert W. Sweet, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007 at a date and time to be determined by the Court, to reconsider its Order of February 11, 2014, directing the City to provide all CompStat meeting videos requested by plaintiffs for wholesale review by their counsel, despite the Court's conclusion that privileged material is unquestionably

contained in the videos, and for such other and further relief as the Court deems just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), plaintiffs must serve and file opposition papers, if any, on or before March 11, 2014, and defendants must serve and file reply papers, if any, by March 18, 2014.

Dated:   New York, New York
         February 25, 2014

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-2336

By:   /s/
      Steven M. Silverberg
      Assistant Corporation Counsel

cc:   By ECF
      Quinn Emanuel Urquhart & Sullivan, LLP
      Jon Norinsberg, Esq.
      Cohen & Fitch, LLP
      *Attorneys for Plaintiffs*