# Exhibit AN



## OPERATIONS ORDER

| SUBJECT | DESTRUCTION OF RECORDS | |
|---|---|---|
| DATE ISSUED: | | NUMBER |
| 12-18-12 | | 44 |

1. Section 1133 of the New York City Charter delineates New York City agency requirements regarding the maintenance and destruction of Department records. The importance of these records cannot be overstated as many of them pertain to criminal enforcement and prosecution, litigation against the Department or City, Freedom of Information Law requests, and other legal requirements. In addition, the records retained by the Department include uniformed and civilian member of the service employment and health records, and records that directly affect crime victims and aided persons. This is only a brief description of the scope, importance, and complexity of the Department's record retention duties and responsibilities. Suffice it to say that the timely, orderly, and efficient use of the Department's record retention system is essential for the good working order of the Department and of great benefit to the citizens we serve.

2. **Payroll Records** — The New York City Law Department, along with the City of New York Department of Records and Information Services (DORIS), has approved destruction schedules for Department records. Commands may now destroy the records listed herein. It is important to note that the Law Department has placed a DO NOT DESTROY order on several payroll-related records (see Appendix "A"). THESE RECORDS MAY NOT BE DESTROYED UNTIL APPROVAL HAS BEEN GRANTED BY THE LAW DEPARTMENT.

3. **September 11, 2001, Documents** — Additionally, all records pertaining to member of the service assignments (i.e., **ROLL CALLS**, Command Logs, etc.), both on September 11, 2001, and any subsequent assignments related to the World Trade Center terrorist attack, are exempt from destruction and are to be identified and retained indefinitely by all commands. If there are any questions regarding these records contact the Records Management Unit at (646) 610-5175.

4. **Document Destruction (Shredding)** — To provide a more efficient means by which commands can destroy Department records, the Department has available for use an industrial shredder truck. The shredder truck is capable of shredding large quantities of paper goods (e.g., files, boxes, Command Logs, etc.) and is available for on-site document destruction.

    To schedule an appointment for the Department shredder truck, contact the Quartermaster Section at (718) 476-7562, extension 220, between 0700 and 1500 hours, Monday through Friday. Command personnel are responsible for bringing the records to be destroyed out to the shredder truck location (i.e., curbside) and to remove any debris that is not shredded in the truck.

    When the destruction is completed, a report (see Appendix "B" - may be photocopied and utilized) indicating where records were disposed, the type of records disposed, the date(s) disposed, and the rank(s) and name(s) of the member(s) of the service witnessing the disposal shall be forwarded, WITHIN TEN DAYS OF THE DISPOSAL, to the Commanding Officer, Office of Management Analysis and Planning, Attn: Records Management Unit.

5. All commands continue to have the option to utilize the record destruction services of Pratt Industries if the Department shredder truck is not available. Pratt Industries is located at 4435 Victory Boulevard, Staten Island, New York 10314, office telephone (718) 370-8722.

    a. Pratt Industries USA, is the **ONLY** non-department facility authorized for the destruction of Department records.

    b. To maintain the integrity of the destruction of records process, commanding officers will ensure that all records are transported in an enclosed Department vehicle, van or step van. Barrier trucks or any open style transportation vehicle will not be used.

    c. Members of the service are authorized to dispose of records twenty-four hours a day at Pratt Industries, **except on Sundays or City holidays**, as follows:
       (1) Report to guard booth and have **IDENTIFICATION CARD (PD416-091)** available if not utilizing Department vehicle
       (2) Proceed to scale. Vehicle will be weighed
       (3) Proceed around facility to ramp leading up to disposal area
       (4) Dump records into pit. This shall suffice as a "witness burial"
       (5) Proceed back to scale for exit weight reading. Obtain receipt.

SMOKING IS STRICTLY PROHIBITED WHILE ON PRATT INDUSTRIES PROPERTY, INCLUDING INSIDE ANY VEHICLE WHILE ON PRATT INDUSTRIES PROPERTY.

6. The Records Management Unit of OMAP will immediately be contacted at (646) 610-5175, during business hours, should any problems or concerns arise and is available to answer any questions concerning the destruction of records or this Order.

7. When the destruction is completed, a report (Appendix "B" may be photocopied and utilized) indicating where records were disposed, the type of records disposed, the date(s) disposed, and the rank(s) and name(s) of the member(s) of the service witnessing the disposal; shall be forwarded to the Commanding Officer, Office of Management Analysis and Planning, Attn: Records Management Unit, WITHIN TEN DAYS OF THE DISPOSAL. A copy of any receipt from Pratt Industries MUST be attached to the report.

8. Commands located within Police Headquarters may continue to utilize the shredders installed at that location for records destruction, as specified in Operations Order 3, series 2001.

9. Commanding officers **MUST** arrange for the disposal of records as indicated above. Records of deactivated commands, authorized for destruction and now stored at other units, shall be disposed of by commanding officers concerned. An appropriate notation showing the records destroyed shall be made in the index of records required to be maintained by Administrative Guide procedure 322-05, "Opening, Closing and Storage of Department Records."

| TITLE OF RECORD | FOR YEAR UP TO AND INCLUDING |
|---|---|
| ACTIVITY PROFILE (PD439-149) | 2007 |
| AIDED AND ACCIDENT INDEX (PD304-101) | 2003 |
| Arrest folders for individual officers | 2000 |
| COMMAND LOG (Police Blotter) * Must retain 50 years after closing | 1960 |
| Command Post (Temporary Headquarters) Log | 2000 |
| Communication Record and related files | 2005 |
| COMPLAINT FOLLOW-UP (PD313-081), and COMPLAINT INDEX (PD313-141) | 2005 |
| Community Policing Unit Beat Book Forms | 2008 |
| Correspondence and Reports File (refer to Administrative Guide procedure 322-13) (ALL items EXCEPT incomplete SUMMONS BOOK DISTRIBUTION CARD (PD160-141) and effective Department Orders) | 2004 |

**DEPARTMENT DIRECTIVES:**

    **DEPARTMENT BULLETINS**

| | |
|---|---|
| Mail and Distribution Unit | 2005 |
| Management Orders and Directives Section | Permanent Retention |
| All other commands | 2009 |

    **BUREAU CHIEF MEMOS**

| | |
|---|---|
| Mail and Distribution Unit | 2005 |
| All other commands | 2009 |

(Unless otherwise directed)

    **CHIEF OF DEPARTMENT MEMOS**

| | |
|---|---|
| Strategic Analysis Section | 2000 |
| Mail and Distribution Unit | 2005 |
| All other commands | Retain for one year AFTER order officially revoked |

    **INTERIM ORDERS**

| | |
|---|---|
| Management Orders and Directives Section | Permanent Retention |
| Mail and Distribution Unit | Five years AFTER order revoked |
| Strategic Analysis Section | Ten years AFTER order revoked |
| All other commands | One year AFTER order revoked |

    **LEGAL BUREAU BULLETINS**

| | |
|---|---|
| Legal Bureau | Permanent Retention |
| Mail and Distribution Unit | 2005 |
| All other commands | Permanent Retention |

(Retain in Command Reference Library)

    **OPERATIONS ORDERS**

| | |
|---|---|
| Management Orders and Directives Section | Permanent Retention |
| Strategic Analysis Section | 2000 |
| Mail and Distribution Unit | 2005 |
| All other commands | 2009 |

    **PERSONNEL ORDERS**

| | |
|---|---|
| Personnel Orders Section | 1989 |
| Mail and Distribution Unit | 2005 |
| All other commands | 2009 |

| TITLE OF RECORD | FOR YEAR UP TO AND INCLUDING |
|---|---|
| Diary | 2007 |
| EMERGENCY SERVICE REPORT (PD304-151) | 2005 |
| FINEST Messages (EXCEPT those maintained at the Office of Chief of Department and the Communications Division) | 2008 |
| FEE RECEIPT BOOK (PD122-017) | 2004 |
| HIGHWAY CONDITION RECORD (PD311-151) | 2000 |
| NOTICE OF UNNECESSARY ALARM (PD310-120) | 2008 |
| POLICE OFFICER'S MONTHLY PERFORMANCE REPORT (PD439-1414) | 2008 |
| PRISONER'S MEAL VOUCHER (PD144-051) | 2008 |
| PROPERTY INDEX (PD542-103) | |
|     Precincts | 2005 |
|     Borough Property Clerk Offices | 2000 |
| Property Receipt Book | 2005 |
| RADIO ASSIGNMENT LOG (PD647-141) | 2009 |
| WARRANT OFFICER'S REPORT OF INVESTIGATION (PD374-1510) | 2008 |
| ROLL CALL (PD406-144) (BOTH Desk and TS copy) | 1998 |
| ROLL CALL - ADMINISTRATIVE (PD406-146) | 2007 |
| ROTATION TOW LOG (PD571-1412) | 2008 |
| SICK REPORT RETURN (PD429-131) | 2009 |
| SPRINT Records (Sector Workload Summary and Exceptional Listing) | 2009 |
| Telephone Record Log | 2005 |
| TELEPHONE DISPATCH LOG (PD112-143) | 2007 |
| Summons: | |
|     Moving Violation/Criminal Court | 2008 |
|     Parking Violations | January through June 2010 |
| STOP, QUESTION AND FRISK REPORT (PD 344-151A) | 2000 |
| COMMAND DISCIPLINE LOG (PD 468-102) | 2005 |
| Interrupted Patrol Log (closed) | 2007 |
| Minor Violation Log | 2005 |
| Detail Roster Assignment Sheet (PD 406-141 and PD 406-141A) | 2008 |
| PROPERTY LOG (PD 521-147) | 2004 |
| PRISONER ROSTER (PD 244-145) | 2007 |
| PRISONER HOLDING PEN ROSTER (PD 244-1410) | 2007 |
| MEDICAL TREATMENT OF PRISONERS (PD 244-150) | 2000 |
| Emergency Excusal Log (closed) | 2005 |

    9.    Commanding officers will ensure that the contents of this Order are brought to the attention of the appropriate members of their commands.

BY DIRECTION OF THE POLICE COMMISSIONER

DISTRIBUTION
All Commands

OPERATIONS ORDER NO. 44
Page 4 of 6

NYC005935

## APPENDIX "A"

Due to pending litigation, The New York City Law Department has placed a "do not destroy" order on select payroll records. Commands will be notified when the "do not destroy" order has been lifted.

### THE FOLLOWING RECORDS MUST BE RETAINED:

EMPLOYEE LEAVE DETAILS REPORT (721)
EMPLOYEE LEAVE DETAILS REPORT (722)
COMPENSATORY AND OVERTIME EARNED (510)
ACCEPTED/REJECTED TRANSACTIONS (820 & 920 SERIES)
EMPLOYEE TIME REPORT LOG (ETR)
AGENCY SPECIFIC DATA (649)
PAYCHECK DISTRIBUTION CONTROL REPORT (319)
PAYROLL REGISTERS (320)
TIME AND LEAVE SUSPENSIONS (01 & 05)
NON-TIME AND LEAVE SUSPENSIONS (02 & 06)
LEAVE BALANCE EXCEPTION CONDITION (056)
PROJECTED GROSS ANNUAL SALARY (505)
EMPLOYEE ROSTER - PROVISIONALS BY TITLE CODE (693)
LEAVE BALANCE BY WORK UNIT (711)
WORK UNIT ROSTER (1050)
TIME SHEET STATUS REPORT (1100 & 1101)
BATCH TRANSMITTAL CONTROL SHEET (PD 138-153 COMMAND COPY)
ETR FOLDERS (Including contents such as payroll sheets, recaps, OT, night shift diff., etc.)

APPENDIX "B"
ALL INFORMATION MUST BE PRINTED LEGIBLY UNLESS OTHERWISE INDICATED
(PHOTOCOPY THIS FORM AS NECESSARY)

POLICE DEPARTMENT
CITY OF NEW YORK

DATE _____

From: _____

To:       Commanding Officer, Office of Management Analysis and Planning
          Attention: Records Management Unit

Subject:  **RECORDS DISPOSED**  ☒ BY DEPARTMENT SHREDDER TRUCK
                                ☒ AT PRATT INDUSTRIES, STATEN ISLAND, NY

1.   In conformance with Operations Order 44, c.s. paragraph 7 (DESTRUCTION OF RECORDS), the following information is submitted regarding the destruction of Department records:

DATE OF DISPOSAL: _____     NO. OF BOXES DISPOSED: _____

TYPE (DESCRIPTION) OF RECORDS DISPOSED:

_____

_____

_____

MEMBER(S) OF THE SERVICE CONDUCTING THE DISPOSAL (PRINT):

| RANK | FIRST NAME | LAST NAME | CMD. | TAX NO. |
|------|------------|-----------|------|---------|
|      |            |           |      |         |

| RANK | FIRST NAME | LAST NAME | CMD. | TAX NO. |
|------|------------|-----------|------|---------|
| 2    | For your information |  |  |  |

Rank/Signature/Tax No.

ANY RECEIPT FROM PRATT INDUSTRIES <u>MUST</u> BE ATTACHED TO THIS REPORT

OPERATIONS ORDER NO. 44
Page 6 of 6

NYC005937