**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7325**

WRITER'S INTERNET ADDRESS
**elinorsutton@quinnemanuel.com**

October 20, 2015

**VIA E-FILE & FAX**
Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Stinson v. City of New York*, 10-cv-4228 (RWS)**

Dear Judge Sweet:

I write on behalf of the Plaintiff Class in the above-captioned matter to address Defendants' October 20, 2015 letter regarding their letter-motion to unseal the criminal records of absent class members.  (Dkt. 255).

As Plaintiffs demonstrated in their September 3, 2015 Opposition to the letter-motion (Dkt. 242), Defendants are incorrect that their extraordinary request to unseal the records of absent class members, which does not include any restrictions on Defendants' ability to contact the individuals, is "routinely—if not always—granted."  Defendants are also incorrect in stating that this type of request was endorsed and codified in Local Civil Rule 83.10.

With regard to Defendants' concern that Your Honor has not ruled on the letter-motion or scheduled oral argument, Plaintiffs note that the Court ordered that the motion would be heard on submission on Wednesday, September 9, 2015.  (Dkt. 235).  Defendants did not submit their reply concerning the motion until September 23, 2015.  (Dkt. 247).

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

Respectfully submitted,

/s/ Elinor C. Sutton

Elinor C. Sutton
Quinn Emanuel Urquhart & Sullivan, LLP
*Co-Lead Class Counsel for Plaintiffs*

cc:     Qiana Smith-Williams (via E-File and Email)
        The City of New York Law Department
        *Attorneys for Defendants*